The People of the State of Illinois, Plaintiff-Appellee, *v.* Raymond
G. Kohl, Defendant-Appellant.

(No. 72-341;

Second District—September 24, 1974.

David E. Brunn, of Elmhurst, for appellant.

John J. Bowman, State's Attorney, of Wheaton, (Malcolm F. Smith,
Assistant State's Attorney, of counsel), for the People.